IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GENEVIEVE MAHONEY, a/k/a @genmahoney19, an individual, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) NO. 3:21-cv-00607 ) ) JUDGE CAMPBELL |
| FACEBOOK, INC., | ) MAGISTRATE JUDGE FRENSLEY ) |
| Defendant. | ) |

## ORDER

Pending before the Court are Defendant Facebook, Inc.'s Motion to Transfer (Doc. No. 13) and Plaintiff Genevieve Mahoney's Motion to Remand (Doc. No. 24). The motions are fully briefed and ripe for the Court's consideration. (*See* Doc. Nos. 32, 40, 38, 45). For the reasons set forth in the accompanying Memorandum, Plaintiff's Motion to Remand is **DENIED**, and Defendant's Motion to Transfer is **GRANTED**. Accordingly, it is hereby **ORDERED** that this case be transferred to the U.S. District Court for the Northern District of California.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE